1  MCGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 551-2932

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    )
11                              )   2:03-CR-0545 FCD
              Plaintiff,        )
12                              )
       v.                       )
13                              )   MOTION TO DISMISS INDICTMENT
   STEVEN BUTH,                 )   AND ARREST WARRANT FILED
14                              )   AGAINST DEFENDANT STEVEN BUTH
              Defendant.        )
15 _____)

16
        Plaintiff United States of America, by and through its
17
   undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to
18
   dismiss the indictment and arrest warrant in the above-captioned
19
   action filed on December 19, 2003.  The basis for the request is
20
   that the government has recently learned that the defendant died in
21
   Texas on September 24, 2007.  Accordingly, the government submits
22
   this motion to dismiss the indictment and arrest warrant filed
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27

28

                                   1

against defendant Steven Buth.

DATED:  October 18, 2007                MCGREGOR W. SCOTT
                                        United States Attorney


                                   By:  /s/ Laura L. Ferris
                                        LAURA L. FERRIS
                                        Assistant U.S. Attorney


ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment and arrest warrant filed against Steven Buth on December 19, 2003, be and are hereby dismissed.

IT IS SO ORDERED.

DATED: October 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE